UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA J. RANCOURT,

    Plaintiff,

v                                                                                        Case No.: 1:18-cv-442
                                                                                                             Hon.

SHERMETA LAW GROUP, PLLC,
TRICIA N. MCKINNON,
JASON TOWER,

    Defendants.
_____/

| Sandra J. Rancourt | Biana Hamady  (P66191) |
|---|---|
| Defendant Pro Pre | Shermeta Law Group, PLLC |
| 9083 Dennings Road | Attorney for Defendant Shermeta |
| Jonesville, Michigan 49250 | P.O. Box 5016 |
| renucove@aol.com | Rochester, MI 48308 |
| | (248) 519-1700 |
| | Fax (248) 519-1701 |
| | bhamady@shermeta.com |

_____/

**CERTIFICATE OF SERVICE**

       The undersigned certifies that Defendants' Answer to Plaintiff's Complaint, Affirmative Defenses, and Certificate of Service were filed with the United States District Court, Western District of Michigan via electronic filing on May 15, 2018.  In addition, the undersigned certifies Defendants' Answer to Plaintiff's Complaint, Affirmative Defenses, and Certificate of Service were served on the Plaintiff's attorney on May 15, 2018 via electronic filing.  I declare under the penalty of perjury that the statements above are true to the best of my information, knowledge and belief.

                              */s/ Biana Hamady*
                              Biana Hamady (P66191)
                              Shermeta Law Group, P.C.
                              Attorney for Defendants Shermeta,
                              Tricia N. McKinnon and Jason Tower
                              P.O. Box 5016
                              Rochester, MI 48308
                              bhamady@shermeta.com
                              (248) 519-1700; Fax (248) 519-1701