Case 1:18-cv-00442-RJJ-PJG ECF No. 8 filed 05/14/18 PageID.50 Page 1 of 2

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

FILED - LN
May 14, 2018 12:20 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw / SCANNED BY: clw/s

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE

SANDRA J RANCOURT

v.

SHERMETA LAW GROUP, PLLC
TRICIA N. MCKINNON
JASON TOWER

1:18-cv-442
Robert J. Jonker, Chief United States District Judge
Phillip J. Green, U.S. Magistrate Judge

Hon.

TO: Def Shermeta Law Group, LLC
NORTHWEST REGISTERED AGENT SERVICE, INC.
ADDRESS: 2222 WEST GRAND RIVER AVENUE STE A
OKEMOS, MI 48864

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
PRO SE
SANDRA J RANCOURT
9083 DENNINGS RD
JONESVILLE, MI 49250

CLERK OF COURT

_/s/ J. Kenners_
By: Deputy Clerk

April 23, 2018
Date

---

## PROOF OF SERVICE

This summons for _Shermeta Law Group, PLLC_ ~~NORTHWEST REGISTERED AGENT SERVICE, INC.~~ was received by me on _4/26/2018_.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____ (place where served)
on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on _KRISTIN RHINE_ (name of individual), who is designated by law to accept service of process on behalf of _SHERMETA LAW GROUP, C/O NORTHWEST REGISTERED AGENT SERVICE_ (name of organization) on _4/26/2018_ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _75.00_ for services, for a total of $ _75.00_.

I declare under the penalty of perjury that this information is true.

Date: _4/26/2018_

_Michael Hellman_
Server's signature

_Michael Hellman_
Server's printed name and title

_460 W. Saginaw Hwy #9, Lansing MI 48917_
Server's address

Additional information regarding attempted service, etc.:

METROPLEX MI 489
11 MAY 2018 PM 15 L

U.S. District Court
Clerk of Court
113 Federal Building
315 W. Allegan Street
Lansing MI 48933

A Koneure
2023 Dennung Rd
Jonesville Michigan
49250